UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SISLER | CIVIL ACTION |
| VERSUS | NO: 20-1167 |
| BELLE CHASSE EMERGENCY GROUP, LLC ET AL. | SECTION: "S" (1) |

**IT IS ORDERED** that the parties contact Magistrate Judge Janis vanMeerveld within 10 days for the purpose of conducting a settlement conference. Settlement conference must be held before pre-trial.

New Orleans, Louisiana this 2nd day of June, 2021.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**